**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TARANEH VESSAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 13-cv-1610 |
| vs. | ) | |
| | ) | Judge Gettleman |
| SCOTT LOWERY LAW OFFICES, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Taraneh Vessal ("Plaintiff"), hereby informs the Court that the parties have reached

a settlement in principle in regards to plaintiff's claims. Plaintiff expects to file a notice of dismissal,

dismissing her claims with prejudice, once the settlement is consummated.


                                        Respectfully submitted,

                                        s/ Catherine A. Ceko
                                        Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

       I, Catherine A. Ceko, hereby certify that on June 20, 2013, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and copy of such document was served via electronic mail to the following party:

Manny Newburger
Counsel for Defendant
mnewburger@bn-lawyers.com

s/ Catherine A. Ceko
Catherine A. Ceko
