**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TARANEH VESSAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 13-cv-1610 |
| vs. ) | |
| ) | Judge Gettleman |
| SCOTT LOWERY LAW OFFICES, P.C., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Tareneh Vessal hereby dismisses her claims in this action against Scott Lowery Law Offices, P.C., without prejudice to automatically convert to a dismissal with prejudice after 21 days if no party files a motion prior to that time, with each party to bear its own fees and costs.

Respectfully submitted,

s/ Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

      I, Catherine A. Ceko, hereby certify that on July 30, 2013, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and copy of such document was served via electronic mail to the following party:

Manny Newburger
Counsel for Defendant
mnewburger@bn-lawyers.com

                                        s/ Catherine A. Ceko
                                        Catherine A. Ceko


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com